# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(The Honorable Cathy Ann Bencivengo)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AUGUSTIN YANEZ GARCIA, <br><br> Defendant. | Case No. 21-CR-3049-CAB <br><br> **ORDER GRANTING THE UNITED STATES' MOTION AND JUDGMENT DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |

Good cause having been shown, **IT IS HEREBY ORDERED** the United States' Motion to Dismiss the Indictment without Prejudice is **GRANTED**. It is the judgment of the Court that the Indictment is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED:  4/18/2022            _____
                             HON. CATHY ANN BENCIVENGO
                             United States District Court Judge